The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR20-041-RAJ |
|---|---|
| Plaintiff | |
| v. | ORDER TO SEAL |
| AARON BARNES, | |
| Defendant. | |

Having read the Government's Motion to Seal and because of the sensitive information contained in the Exhibits 1 through 9,

It is hereby ORDERED that Exhibits 1 through 9 to the United States' Disposition Memorandum, shall remain sealed.

DATED this 12th day of February, 2021.

*[signature]*
RICHARD A. JONES
United States District Judge

GOVERNMENT'S ORDER TO SEAL - 1
*UNITED STATES V. AARON BARNES*, CR20-041-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970