HON. RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-041-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| AARON BARNES, | ) | |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion to file the defendant's supplement to the disposition memorandum and attachment under seal. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the supplement to the disposition memorandum and attachment be filed under seal.

DATED this 12th day of February, 2021.

_____
RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

ORDER TO SEAL DOCUMENT
(*USA v. Barnes* / CR20-041-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100