The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>AARON BARNES,<br><br>Defendant. | NO. CR20-041RAJ<br><br>ORDER CONTINUING TERMS OF SUPERVISION |

The Court having found, based on Mr. Barnes' admissions, that he has violated the terms of his supervised release as to violations, specifically:

a) Violation #1 Consuming marijuana on or about February 24, 2020, and March 9, 2020;

b) Violation #2 Consuming phencyclidine (PCP), on or about February 24, 2020, and March 9, 2020;

c) Violation #3 Failing to comply with substance abuse treatment by being discharged on or about April 6, 2020.

d) Violation #4 Consuming marijuana on or about August 10, 2020;

e) Violation # 6 Consuming marijuana on or about October 16, 2020;

Order Continuing Terms of Supervision
(*United States v Barnes*, CR20-041RAJ) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

    f) Violation #7 Failing to report for substance use testing on July 30, 2020 and September 24, 2020.

    g) Violation # 8 Consuming marijuana on December 18, 2020, January 13, 2021, and January 27, 2021.

HEREBY ORDERS that the terms of the defendant's supervision shall remain in full effect and force, with the following additional condition added:

1. The defendant shall complete twenty hours of community service no later than May 9, 2021;

2. The urinalysis testing required as a condition of sentence shall not include testing for the substance of marijuana hereafter.

DATED this 12th day of February, 2021.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

Order Continuing Terms of Supervision
(*United States v Barnes*, CR20-041RAJ) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970