THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR22-136-RAJ |
| Plaintiff, | No. CR20-041-RAJ |
| v. | ORDER GRANTING DEFENSE MOTION TO SEAL SUPPLEMENTAL MITIGATION REPORT |
| AARON M. BARNES, | |
| Defendant. | |

THIS MATTER has come before the undersigned on Aaron Barnes's motion to seal the defense mitigation report, which was filed as a supplement to his Sentencing Memorandum. The Court has considered the motion and records in this case and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that the supplemental mitigation report be filed under seal.

DATED this 5th day of May 2023.

RICHARD A. JONES
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Jesse Cantor*
Assistant Federal Public Defender
Attorney for Aaron M. Barnes

ORDER TO SEAL SUPPLEMENTAL
MITIGATION REPORT
(*U.S. v. Barnes,* CR22-136-RAJ & CR20-041-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100